**Chapter 13 Plan (Individual Adjustment of Debts)**
**FIRST AMENDED PLAN**

DEBTOR: Raul Del Pozo       JOINT DEBTOR: _____       CASE NO.: 13-15648-LMI

Last Four Digits of SS# __0198__       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ __232.70__ for months __1__ to __36__ ;in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,650.00 +750.00 Motion to Value= $4,400.00__ TOTAL PAID $__2,500.00__
      Balance Due   $__1,900.00__ payable $__118.75__/month (Months __1__ to __16__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE__                              Arrearage on Petition Date   $
Address:_____       Arrears Payment   $_____/month (Months _____ to _____)
        _____       Regular Payment   $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase (Loan No. XXXX8154) | 4921 NW 183 Street, Opa Locka, FL 33055 $98,000.00 Private Appraisal | None | None | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __NONE__             Total Due $
Payable       $_____/month (Months____ to ____) Regular Payment

Unsecured Creditors: Pay $ __90.68__/month (Months __1__ to __16__ ); Pay $__209.43__ (Months __17__ to __36__ )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is paying Wells Fargo Home Mortgage (XXXX1152), Chase (XXXX4895) and Kia Motors Finance directly outside the plan. The debtor will provide copies of his income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtor will amend Schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Raul del Pozo_
Debtor                                  Joint Debtor
Date: __5/20 /13__                      Date:_____

LF-31 (rev. 01/08/10)